

**IT IS ORDERED as set forth below:**

**Date: July 12, 2024**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

CLAUDETTE O. HENRY,                                    CASE NO. 24-54394-PWB

    Debtor.

                                          CHAPTER 7

## ORDER DENYING MOTION TO DEPOSIT A NEGOTIABLE INSTRUMENT INTO THE COURT REGISTRY INVESTMENT SYSTEM

The Debtor seeks authority to deposit a "bill of exchange" drawn upon the

United States Treasury in the amount of $1,700,000.00 in favor of the United States

Bankruptcy Court of the Northern District of Georgia into the Court Registry Investment System ("CRIS").[1]  For the reasons stated herein, the motion is denied.

The Debtor contends that the purpose of depositing the "bill of exchange" into CRIS is to "securely manage and invest the funds as per the court's guidelines and to ensure the proper disbursement of funds as directed by court order to this bankruptcy case [sic] handle any and all debt." [Doc. 23 at 1].  The Debtor asserts that the "Source of Credit" for the  "bill of exchange" is "Backed by the energy of Real Men with arms and legs and All Real Land of United States of America, with Trust in God." [*Id*. at 7].

In short, the Debtor appears to contend that she may deposit $1,700,000 drawn on a United States Treasury account utilizing her social security number with the Clerk of Court to pay her debts.

Courts  have found bills of exchange purporting to be drawn against a trust account at the U.S. Treasury to be meritless and frivolous. *Nuzzo v. Lussier*, 2019 WL 2712550 (D. Mass. 2019); *In re Hill*, 2015 WL 5575499 (Bankr. E.D. Tenn. 2015); *In re Fachini*, 470 B.R. 638 (Bankr. M.D. Ga. 2012); *Hennis v. Trustmark Bank*, 2010 WL 1904860 (S.D. Miss. 2010).

The Office of Inspector General of the U.S. Treasury Department has identified the attempted use of such a "bill of exchange" as "worthless" and "a fraud."[2]

---

[1] CRIS is administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

2

The Court concludes that the alleged "bill of exchange" is unenforceable and has no legal effect.  It is not a legally valid means of paying one's debts.   It is a scam whose very victim is often the person espousing the "bill of exchange" theory.  The attachment of internet-generated I.R.S. forms and documents containing nonsensical legalese and random citations to state and federal statutes does not render it enforceable if there is no underlying valid legal or factual basis.  And there is none.

Based on the foregoing, it is

ORDERED that the Debtor's motion to deposit a negotiable instrument into the Court Registry Investment System is denied.

## END OF ORDER

**<u>Distribution List</u>**

Claudette O Henry
100 Old Alabama Pl
Roswell, GA 30076

Kathleen Steil, Trustee
Ogier, Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

---

[2] https://oig.treasury.gov/Scams/Bogus-Sight-Drafts.